United States Court of Appeals
For the Eighth Circuit
_____

Case No. 23-2944
_____

Sam Wolk,

*Plaintiff - Appellee,*

v.

Tim Gannon, et al.

*Defendant - Appellant.*

_____

# MOTION FOR WITHDRAWAL OF
# ATTORNEY MARK P. HODKINSON
_____

The undersigned counsel hereby moves for leave of the Court to withdraw Mark P. Hodkinson as counsel for Appellant Tim Gannon. Defendant-Appellant Gannon will continue to be represented by Brian W. Varland. There is no objection from counsel for the requested withdrawal. The undersigned requests the Court Grant leave to withdraw the appearance of Mark P. Hodkinson from this case and that no future electronic filing notices be sent to him, in this matter.

HELEY, DUNCAN & MELANDER, PLLP

Dated:  January 17, 2024           By:  */s/ Brian W. Varland*
           Brian W. Varland (#0339763)
          8500 Normandale Lake Blvd., Suite 2110
          Minneapolis, MN  55437
          Phone:  (952) 841-0001
          Fax:  (952) 841-0041
          bvarland@heleyduncan.com

          *ATTORNEYS FOR DEFENDANT-*
          *APPELLANT TIM GANNON*

# CERTIFICATE OF COMPLIANCE

Brian W. Varland, attorney for Defendant-Appellant Tim Gannon, certifies this motion complies with the type volume limitation contained in Rule 32(a)(7) as follows:

There are 74 words in this motion. The word processing software used to prepare this brief was Microsoft Word Standard Word 2016, Baskerville Old Face, font size 14.

Dated: January 17, 2024         /s/ Brian W. Varland
                                Brian W. Varland (#0339763)
                                8500 Normandale Lake Blvd., Suite 2110
                                Minneapolis, MN  55437
                                Phone:  (952) 841-0001
                                Fax:  (952) 841-0041
                                bvarland@heleyduncan.com

                                *ATTORNEYS FOR DEFENDANT-APPELANT TIM GANNON*